### FISHER v. LANE.

1. **Appeal:** AMOUNT IN CONTROVERSY: PRACTICE. The amount actually in controversy being less than one hundred dollars, the appeal cannot be entertained without the certificate required by section 3173 of the Code.

*Appeal from Allamakee District Court.*

MONDAY, DECEMBER 12.

ACTION in equity to foreclose a mortgage. There was a judgment and decree for the plaintiff. Defendant appeals.

*Richard Haney* and *H. F. Fellows*, for appellant.

*L. E. Fellows* and *T. F. Walker*, for appellee.

ROTHROCK, J.—The validity of the promissory note and mortgage upon which the suit was brought was admitted. But the defendant averred an offer in writing to pay the amount due before the commencement of the suit. The effect of this offer appears to have been

1. APPEAL: amount in controversy: practice.

the matter in controversy in the court below. The defendant claimed that the offer was equivalent to a tender, and stopped the interest, and defeated the recovery of an attorney's fee which was provided for in the note and mortgage.

As the interest in controversy and attorney's fee allowed by the court are in the aggregate less than one hundred dollars, no appeal can be entertained without the certificate required by section 3173 of the Code. There being no such certificate, the appeal must be

DISMISSED.